UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JACKSON COUNTY

       Plaintiff(s),                  CIVIL ACTION NO. 01-74392
v.                                        JUDGE PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

REAL PROPERTY 926 KNIGHT ROAD
GRASS LAKE, MI 49201, UNKNOWN
OCCUPANTS RESIDING AT OR UNDER
and GRASS LAKE ALL SEASONS RESORT
INCORPORATED.
            Defendant(s).
_____/

## ORDER OF DISMISSAL

At a session of said Court held in the
Theodore Levin Courthouse in the City of
Detroit, Michigan on September 14, 2005

        PRESENT:    HONORABLE PAUL D. BORMAN
                             United States District Judge

      This court issued an Opinion and Order on August 29, 2005, Granting The United States of America Summary Judgment on It's Counterclaims companion case number 01-74386 , thereby obviating the necessity of a trial.

      Accordingly, the above-entitled action is dismissed.

      IT IS SO ORDERED,

                                                 s/Paul D. Borman
                                                 PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: September 14, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 14, 2005.

                                                s/Jonie Parker
                                                Case Manager